William J. Denius (Admitted *Pro Hac Vice*)
**Killgore, Pearlman, Semanie, Denius & Squires, P.A.**
2 South Orange Avenue, 5th Floor
Orlando, Florida 32801
Telephone: (407) 425-1020
Facsimile: (407) 839-3635
Email: wjdenius@kpsds.com

Goli Mahdavi (SBN 245705)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: goli.mahdavi@bclplaw.com

Attorneys for Defendant
CREDITO REAL USA FINANCE, LLC

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL TOLENTINO<br><br>Plaintiff,<br><br>v.<br><br>CREDITO REAL USA FINANCE, LLC,<br><br>Defendant. | Case No: 2:19-cv-00335-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND TO STAY ACTION PENDING ARBITRATION**<br><br>Complaint Filed: February 26, 2019 |

ORDER FOR BINDING ARBITRATION

12682306.1

BRYAN CAVE LEIGHTON PAISNER LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111

1    Having reviewed and considered the foregoing Stipulation (ECF No. 11) and good

2    cause appearing therefor, the Court hereby makes the following order:

3         1.    Plaintiff CRYSTAL TOLENTINO ("Plaintiff") is hereby COMPELLED to

4    arbitrate the claims alleged in her Complaint filed in this cause against Defendant

5    consistent with the Agreement to Arbitration ("Arbitration Agreement") in the Retail

6    Installment Sale Contract ("Contract") attached to Defendant's Motion to Compel

7    Arbitration (ECF No. 9) and incorporated by reference herein;

8         2.    The parties are directed to submit their dispute to arbitration as outlined in

9    the Arbitration Agreement;

10        3.    Plaintiff and Defendant shall use the American Arbitration Association to

11   conduct the arbitration, consistent with the Arbitration Agreement;

12        4.    This action, and all matters pending herein, are STAYED pending completion

13   of the arbitration consistent with this Order;

14        5.    All hearings and status conferences in this action are hereby VACATED;

15        6.    This Court shall retain jurisdiction over this action to confirm, modify, correct,

16   or vacate an arbitration award, or to issue subpoenas, if necessary.

17        7.    The parties shall file joint status reports with the Court every 60 days

18   regarding the status of the arbitration proceedings; alternatively, the parties may file

19   appropriate dispositional documents to close this case.

20        IT IS SO ORDERED.

21   Dated:  May 16, 2019

22

23   _____
     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

24

25

26

27

28

ORDER FOR BINDING ARBITRATION

12682306.1