TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Crystal Tolentino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVSION

| | |
|---|---|
| Crystal Tolentino,<br><br>         Plaintiff,<br><br>    vs.<br><br>Crédito Real, dba Credito Real USA Finance, fka AFS Acceptance,<br><br>         Defendant. | Case No.: 2:19-cv-00335-MCE-AC<br><br>**STIPULATION OF DISMISSAL** |

# **STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice and with each side to bear its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent | __/s/ William J. Denius |
| TRINETTE G. KENT<br>Attorney for Plaintiff | GOLI MAHDAVI<br>WILLIAM JONATHAN DENIUS<br>Attorney for Defendant |